UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAULA KUNSMAN,

    Plaintiff,

v.                                   Case No: 5:21-cv-263-MMH-PRL

MICHAEL BASS and ALAN FALLIK,

    Defendants.
_____

**ORDER**

    This matter is before the Court on the motion of Defendant, Michael Bass, a licensed attorney in the State of Florida who is proceeding *pro se* in this action, asking the Court to grant him e-filing access through CM/ECF. Upon due consideration, Defendant's motion (Doc. 23) is **GRANTED**. The Clerk's office shall grant Michael Bass e-filing access through CM/ECF.

    **DONE** and **ORDERED** in Ocala, Florida on December 13, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties